UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Azizullah Qasemi<br><br>                    Petitioner,<br><br>          -against-<br><br>LaDeon Francis et al.,<br><br>                    Respondents. | 25-CV-10029<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic conference on this matter on December 5, 2025. This Order memorializes the Court's oral ruling. The Government shall respond to the petition by 6:30 p.m. on December 10, 2025. Petitioner can submit a reply to the opposition by 6:30 p.m. on December 11, 2025. The Court will hold a hearing on the petition on December 12, 2025, at 10:30 a.m. in Courtroom 15 C, 500 Pearl Street. The Government shall produce Petitioner for the hearing.

Additionally, the Government shall file a letter on the docket by 12:00 p.m. on December 6, 2025, confirming that it has communicated to Immigration and Customs Enforcement the directive that Petitioner be permitted to have confidential attorney-client communications with his client, including over the weekend, and informing the Court of the statute of the Government's efforts to facilitate Petitioner's access to counsel.

The Clerk of Court is directed to email this order to the Government at Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated:   December 5, 2025
         New York, New York

                                                          LEWIS J. LIMAN

                                                _____
                                                       United States District Judge