

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 6, 2025

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Qasemi v. Francis et al.*, 25 Civ. 10029 (LJL)

Dear Judge Liman:

    This Office represents Respondents in the above-referenced habeas action. In accordance with the Court's Order following yesterday's telephonic conference, *see* ECF No. 5, we write to provide the following update regarding this Office's efforts to facilitate legal calls between Petitioner and his counsel. Specifically, at yesterday's conference, this Office learned for the first time that Petitioner's counsel had been experiencing difficulty arranging for privileged legal calls with Petitioner to discuss, among other things, the status of these legal proceedings. Since then, and in accordance with the Court's Order, Respondents have helped arrange for such calls to occur, and it is this Office's understanding that Petitioner has been able to schedule privileged Zoom calls with his counsel today and tomorrow. This Office has also instructed ICE to ensure that the detention facility where Petitioner is located make every effort to accommodate future legal calls between Petitioner and his counsel.

    The Government thanks the Court for its attention to this matter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Adam Gitlin*
    ADAM GITLIN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2734
    E-mail: adam.gitlin@usdoj.gov

cc: All counsel of record (via ECF)