UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZULLAH QASEMI,

        Petitioner,

        v.

LADEON FRANCIS, Field Office Director for U.S. Immigration and Customs Enforcement, *et al.*,

        Respondents.

Case No. 25 Civ. 10029 (LJL)

**RETURN TO HABEAS PETITION**

      Under 28 U.S.C. § 2243, the Government respectfully submits this Return, together with the accompanying Memorandum of Law in opposition to the Petition for Writ of Habeas Corpus ("Petition"), filed by petitioner Azizullah Qasemi ("Petitioner"), ECF No. 1, and the Declaration of Deportation Officer Julio Bracho dated December 10, 2025. The attached documents are taken from Petitioner's administrative file, as maintained by and provided to this Office by U.S. Immigration and Customs Enforcement ("ICE").

      1.    Exhibit 1 is a copy of the Record of Deportable/Inadmissible Alien (Form I-213), dated May 5, 2024, with the FBI Number redacted by counsel.

      2.    Exhibit 2 is a copy of the Notice and Order of Expedited Removal (Form I-860), dated May 8, 2024.

      3.    Exhibit 3 is a copy of the Notice to Appear, dated May 31, 2024.

      4.    Exhibit 4 is a copy of the Interim Notice Authorizing Parole, dated November 6, 2024, Order to Detain or Release Alien, dated November 6, 2024, and related documents, including the Record of Determination/Parole Determination Worksheet (Form 71-0-13), dated November 5, 2024.

5.     Exhibit 5 is a copy of the Warrant for Arrest of Alien (Form I-200), dated December 2, 2025.

The facts contained in Exhibits 1 through 5, and in the Declaration of Deportation Officer Julio Bracho dated December 10, 2025, and the law set forth in the Government's Memorandum of Law in opposition to the Petition, establish that Petitioner's detention is lawful.

WHEREFORE, the Government respectfully requests that the Court enter judgment denying the Petition.

Dated: New York, New York
       December 10, 2025

                                           Respectfully submitted,

                                           JAY CLAYTON
                                           United States Attorney for the
                                           Southern District of New York
                                           *Attorney for Respondents*

By:   */s/ Adam Gitlin*
      CHARLES S. JACOB
      ADAM GITLIN
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2725/2734
      E-mail: charles.jacob@usdoj.gov
                 adam.gitlin@usdoj.gov