**U.S. Department of Homeland Security**

SIGMA Event: 61614204
Subject ID : 210603327

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| QASEMI, AZIZULLAH | | | M | BRO | GRN | LGT |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| AFGHANISTAN | P04400742 AFGHA | Case No:SYS2405002035 A244520564 | 62 | 154 | |

| U.S. Address |
|---|
| 1467 Amsterdam Avenue, New York, NEW YORK 10027, UNITED STATES OF AMERICA |

Scars and Marks: NONE INDICATED

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital Status |
|---|---|---|---|
| 05/05/2024, 2504 - SYS, 14:49, A FOOT | | [redacted] | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| BAGLAN PROVINCE, AFGHANISTAN | ISP |

| Date of Birth | Age | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 04/12/1996 | 28 | 05/05/2024 | 2504 - SYS | SAN YSIDRO, CA | 05/05/2024 1504 |

| City, Province (State) and Country of Birth | AR | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| BAGHLAN, AFGHANISTAN | ☐ | NONE | HOLLINS, CAR36984 |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | See Narrative | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | At Entry |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| NONE | 0 |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| QASEMI, SHIRAHMAD NATIONALITY: AFGHANISTAN | QASEMI, Bibiashia NATIONALITY: AFGHANISTAN |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| See Narrative | | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| NONE | NONE | 0.0 USD Hr | 0/0/00 - 0/0/00 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1355930849       Left Index Finger       Right Index Finger

STATUS AT ENTRY
---------------------------------------
Other Applicant for Admission

CLAIMED DOCUMENTS
-----------------
Passport - P04400742
...(CONTINUED ON I-831)

| Alien has been advised of communication privileges | 05/08/2024 | MEZA, CAR25236 CBP OFFICER (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A-File | MEZA, CAR25236 - CBP OFFICER |
| | Officer: |
| | on: May 5, 2024    (time) |
| | Disposition: EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) |
| | Examining Officer: KENNY JR, Charles - SUPERVISORY CBP OFFICER |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I213

| Alien's Name      | File Number A-244-520-564   | Date        |
| QASEMI, AZIZULLAH | SIGMA Event: 61614204        | May 8, 2024 |
|                   | Event No: SYS2405002035      |             |

```
RECORDS CHECKED
---------------
ATS-P Neg
TECS Neg
NCIC Neg
CIS Neg
CLAIM Neg
CCD Neg
IAFIS Neg
EARM Neg

SECTION CODES
-------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)


CLAIMED PROPERTY
----------------
Personal Property Baggage check 15270747


Narrative:
----------
On May 05, 2024, at approximately 14:49 hours, QASEMI, Azizullah (DOB: 04/12/1996) applied
for admission into the United States from Mexico via the San Ysidro Port of Entry
pedestrian west. QASEMI requested Asylum through CBP One processing. QASEMI was escorted to
the San Ysidro admissibility Enforcement Unit for further inspection. While in the
admissibility enforcement unit, QASEMI was determined to be a native and citizen of
Afghanistan without legal documents to enter, pass through or remain in the United States.
Pain was detained for a credible fear interview.

In the admissibility enforcement unit, CBP systems checks on QASEMI were performed with
negative results.
An interview and sworn statement were conducted on May 08, 2024, at 15:00 hours in the
Persian language by Interpreter I.D. # 4137 employed by Nationwide Contract for Foreign
Language Interpreter Services, by CBPO MEZA, LUIS E. and witnessed by CBPO LOPEZ, C. QASEMI
freely and willingly gave the following statements under oath:

QASEMI stated that he understands what I have explained to him. QASEMI stated that he
wanted to be interviewed in the Persian language. QASEMI stated that he does not have any
medical condition that might prevent him from answering my questions. QASEMI stated he is a
native and citizen of Afghanistan. QASEMI stated he was born in Baghlan, Afghanistan.

QASEMI stated that his parents are nationals of Afghanistan. QASEMI stated that hir highest
level of education is a bachelor's degree in Sociology. QASEMI stated that while living in
Afghanistan he was working at a school teaching basic English. QASEMI stated that he is not
married and has no children.

QASEMI stated he left Afghanistan because the living condition are not good. QASEMI stated
that he was not threatened directly, physically, or verbally. QASEMI was aware that he
needed legal entry documents to enter the United States.
...(CONTINUED ON NEXT PAGE)
```

| Signature          |                | Title       |
|                    | MEZA, CAR25236 | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number A-244-520-564 | Date |
|---|---|---|
| QASEMI, AZIZULLAH | SIGMA Event: 61614204<br>Event No: SYS2405002035 | May 8, 2024 |

QASEMI stated he does have fear of returning to his home country of Afghanistan because he could be tortured or killed by the Taliban. QASEMI stated he left Afghanistan approximately in spring of 2022 and went to Iran for a year or so and was working at a clothing store. QASEMI stated that after a year he left Iran and went to Brazil and stayed there for five months and he was offered shelter by the Brazilian Government. QASEMI stated that he traveled from Brazil to Peru, Ecuador, Colombia, Panama, Honduras, Nicaragua, Guatemala, and Mexico. QASEMI stated that no smugglers were used during his travel into the U.S. QASEMI stated his intended destination in the U.S. New York. To be with his sponsor, a relative.

QASEMI stated he has never lived in the U.S. QASEMI stated he has never been arrested before. QASEMI stated that he is not a terrorist and does not know any terrorist. QASEMI stated he does not have any petitions or applications pending with the United States Citizenship and Immigration Service (USCIS). QASEMI stated he has never applied for U.S. Visa before. QASEMI stated he never had asylum or refugee status in any country. QASEMI stated he has never been removed or deported from the U.S. QASEMI stated that he understands all the questions that were asked of him during the interview. QASEMI stated he understands that if he is found to not have a credible fear that he may be removed from the United States and returned to Afghanistan. QASEMI stated he understands that his consulate will be informed of his arrest/detention. QASEMI stated that he was not forced or coerced in any way when he provided his statements.

QASEMI voluntarily submitted DNA test batch F3620241 upon request.

Sponsor: QASEMI, Bismullah (347) 483 4054
1467 AMSTERDAM AVE. 2C. NEW YORK, NY. 10027

DISPOSITION: QASEMI was provided with an M-444 (Information about Credible Fear Interview). QASEMI was detained under the custody of Department of Homeland Security pending credible fear interview with an Asylum Officer. QASEMI was presumed inadmissible into the United States in accordance with 212 (a) (7) (A) (i) (I) of the Immigration and Nationality Act, as amended until a final decision and disposition by an Asylum Officer and Executive Office of Immigration Review.

Signature: MEZA, CAR25236

Title: CBP OFFICER

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)