U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event Number : SYS2405002035   File No: 244520564

SIGMA Event: 61614204   Date: May 8, 2024

In the Matter of: QASEMI, AZIZULLAH

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of AFGHANISTAN and a citizen of AFGHANISTAN;
3. You applied for admission on 05/05/2024 at SAN YSIDRO, CA, USA;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
...(CONTINUED ON I-831)

MEZA, CAR25236
CBP OFFICER

Name and title of immigration officer (Print)   Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Name and title of immigration officer (Print)   Signature of immigration officer

Name and title of supervisor (Print)   Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on _____
(Date)

_____
Signature of immigration officer

Form I-860 (Rev. 08/01/07)

U.S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## ACKNOWLEDGEMENT

I acknowledge receipt of this notification  X  _____
                                              Signature of alien

Form I-860 (reverse)

U.S. Department of Homeland Security                    Continuation Page for Form __I-860__

| Alien's Name | File Number **244520564** | Date |
| --- | --- | --- |
| QASEMI, AZIZULLAH | SIGMA Event: **61614204**<br>Event No: **SYS2405002035** | **May 8, 2024** |

===================================================================================

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature | Title |
| --- | --- |
| MEZA, CAR25236 *[signature]* | CBP OFFICER |

____3____ of ____3____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)