AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Azizullah Qasemi | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-10029-LJL |
| LaDeon Francis et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents.

Date: 12/10/2025

/s/ Adam Gitlin
*Attorney's signature*

Adam Gitlin
*Printed name and bar number*
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
New York, NY 10007

*Address*

adam.gitlin@usdoj.gov
*E-mail address*

(212) 637-2734
*Telephone number*

*FAX number*