

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 11, 2025

**<u>Via ECF</u>**
Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, New York 10007-1312

   **Re:**  *Qasemi v. Francis et al.*, **25 Civ. 10029 (LJL)**

Dear Judge Liman:

  This Office represents Respondents in the above-referenced habeas action. We write jointly with Petitioner to request respectfully that: (1) the Court temporarily seal the Respondents' Response to Petition for Writ of Habeas Corpus, Dkt. No. 9; and (2) grant an extension, *nunc pro tunc*, to 7:15 PM on December 10, 2025, for the Government to respond to the habeas petition.

  After Respondents filed their return, Dkt. No. 9, Petitioner promptly raised a concern with Respondents' counsel that, although Federal Rule of Civil Procedure 5.2 exempts immigration cases from the redaction requirements applicable to most civil cases and Respondents filed their papers consistent with Government practice in this District in such cases, the return's exhibits may include sensitive information that Petitioner may seek to redact permanently. The Government has agreed to meet and confer with Petitioner regarding potential redactions, and requests that the Court temporarily seal Docket 9 and its exhibits, and correspondingly issue a deadline of December 23, 2025, for the parties to inform the Court of any proposed redactions to the documents to be publicly re-filed.

  In addition, the Government respectfully requests an extension, *nunc pro tunc*, to 7:15 PM on December 10, 2025, for the Government to respond to the habeas petition. The Government diligently worked to prepare the Respondents' response to the habeas petition and filed the return ahead of the 6:30 PM deadline set by the Court. The Government, however, did not fully finalize and file the corresponding memorandum of law until approximately 7:11 PM. The Government sincerely apologizes for failing to meet this deadline. Petitioner consents to this request.

  The Government thanks the Court for its attention to this matter.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney for the
              Southern District of New York

          By:   */s/ Adam Gitlin*
              ADAM GITLIN
              CHARLES S. JACOB
              Assistant United States Attorneys

cc: All counsel of record (via ECF)