**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
AZIZULLAH QASEMI,

                          Petitioner,                      25 **CIVIL** 10029 (LJL)

     -against-                                          **JUDGMENT**

LADEON FRANCIS, et al.,

                          Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 17, 2025, Petition for a writ of habeas corpus is GRANTED. Respondents are ORDERED to immediately release Qasemi from custody by 2:00 p.m. on December 18, 2025, and certify compliance with the Court's order by filing an entry on the docket by the end of the day; accordingly, the case is closed.

**DATED:**  New York, New York
              December 19, 2025

                                                                      **TAMMI M. HELLWIG**

                                                                      Clerk of Court

                           **BY:**     _/s/ Negam Dulal_

                                                                       **Deputy Clerk**